**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **TERRY A. ANDERSON,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:25-cv-1433** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | **Magistrate Judge Kimberly A. Jolson** |
| **CORRECTIONS OFFICER B. HILT,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before this Court on the Magistrate Judge's Report and Recommendation that this Court:  (1) dismiss Plaintiff's Complaint as to Defendants Hilt, Carpenter, Sr., and Carpenter, Jr. in their official capacities to the extent that Plaintiff seeks monetary damages; (2) dismiss without prejudice Plaintiff's allegations regarding the January 2025 incident for failure to state a claim upon which relief can be granted; and (3) dismiss Plaintiff's allegation that Defendant Carpenter, Jr. was verbally abusive to the extent that Plaintiff seeks to bring this allegation under the Eighth Amendment.  (ECF No. 6 at 11–12).

All parties were informed that they had fourteen days to object following the issuance of the Magistrate Judge's Report and Recommendation.  (*Id.* at 12–13).  No party has objected and the time period for making such objections has elapsed.

The Court has reviewed the Report and Recommendation.  Noting no objections and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court **ADOPTS** the Report and Recommendation (ECF No. 5) in its entirety as the Court's findings of facts and law. Plaintiff's Complaint against Defendants Hilt, Carpenter, Sr., and Carpenter, Jr. in their official capacities is **DISMISSED** to the extent that Plaintiff seeks monetary damages.   Plaintiff's

1

allegations regarding the January 2025 incident are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief can be granted.  Finally, Plaintiff's allegation that Defendant Carpenter, Jr. was verbally abusive is **DISMISSED** to the extent that Plaintiff seeks to bring this allegation under the Eighth Amendment.

       **IT IS SO ORDERED.**

                                                 **ALGENON L. MARBLEY**

**DATED: May 20, 2026**                              **UNITED STATES DISTRICT JUDGE**