**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **TERRY A. ANDERSON,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:25-cv-1433** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | **Magistrate Judge Kimberly A. Jolson** |
| **CORRECTIONS OFFICER B. HILT, *et al.*,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before this Court on the Magistrate Judge's Report and Recommendation (ECF No. 17), which recommends that Defendants' Motion to Dismiss (ECF No. 9) be denied.

The parties were informed that they had fourteen days to object following the issuance of the Magistrate Judge's Report and Recommendation. (ECF No. 17 at 9). The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (*Id.* at 10). No party has objected and the time period for making such objections has elapsed.

The Court hereby **ADOPTS** the Report and Recommendation (ECF No. 17) and the Motion to Dismiss (ECF No. 9) is **DENIED**.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: October 27, 2026**